**Dismissed and Opinion Filed October 28, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01191-CR
No. 05-14-01192-CR

**DEIONTA RAYSHAUD HOOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-25696-W, F13-25703-W**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141192F.U05



Court of Appeals
Fifth District of Texas at Dallas

## JUDGMENT

DEIONTA RAYSHAUD HOOPER,
Appellant

No. 05-14-01191-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-25696-W.
Opinion delivered per curiam before Justices
Bridges, Lang, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 28th day of October, 2014.



Court of Appeals
Fifth District of Texas at Dallas

## JUDGMENT

DEIONTA RAYSHAUD HOOPER,
Appellant

No. 05-14-01192-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-25703-W.
Opinion delivered per curiam before Justices
Bridges, Lang, and Evans.

    Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of October, 2014.